# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| CHRISTOPHER MALONE, | : | Case No. 19-82371-CRJ13 |
| | : | Chapter 13 |
| DEBTOR. | : | |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF IGLOO SERIES IV TRUST

This matter came before the Court on October 14, 2020 upon the Motion for Relief from Automatic Stay (Doc. No. 135) filed by US Bank Trust National Association as Trustee of Igloo Series IV Trust (hereinafter "Creditor"). At the hearing the parties announced an agreement had been reached, and based upon the agreement of the parties the Court finds that good cause exists to modify the stay and it is hereby **ORDERED, ADJUDGED AND DECREED** that the Motion is **CONDITIONALLY DENIED** as follows:

1. There appearing to be equity in the property located at 565 Bethel Lane, Tuscumbia, AL 35674, the Creditor shall file a claim for the attorney's fees and costs in connection with the Motion for Relief from Automatic Stay, and the Trustee shall file a Motion to Modify the Plan for said fees and costs. The claim is to be paid with interest as set forth in the claim. The fees and costs to be put into the plan is as follows:

    | | |
    |---|---|
    | Attorney Fees and Costs for MFR: | $1,231.00 |
    | Total: | $1,231.00 |

2. Should the Debtor default under the mortgage agreement between the parties by failing to make payments due on the 1st day of each month within the next **TWENTY-FOUR MONTHS** beginning November 2020 and continuing through October 2022, the Creditor may file with the Court a Motion to Enforce Agreed Order, which will then be scheduled for hearing.

3. If relief from the automatic stay under 11 U.S.C. § 362 becomes effective, this Creditor is thereafter entitled to enforce any and all of its right, title, interest in and to the subject property under applicable non-bankruptcy law. The filing and service of Notice of Payment Change and/or Notices of Post-Petition Fees, Expenses, and Charges, as described by FRBP 3002.1(b) and FRBP 3002.1(c) are not required once relief from the

Version 1.2

automatic stay under 11 U.S.C. § 362 is triggered and becomes effective. Upon entry of this Order granting relief from the automatic stay under 11 U.S.C. § 362, the 14-day stay of Rule FRBP 4001(a)(3) is waived.

Dated this the 19th day of October, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

This document was prepared by:
Mark A. Baker, ASB 2549-E57M
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: (404) 474-7149
Facsimile: (404) 745-8121
E-mail: mbaker@mtglaw.com
Attorneys for Creditor

Consented to by:
/s/ Kevin D. Heard
Kevin D. Heard
Heard, Ary & Dauro, LLC
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, AL 35801

/s/ Rowlett W. Sneed, III, Staff Attorney
Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602

Version 1.2